UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

**In re:**                                                        Chapter 13

Carlos Pope and                              Case No. 21-46729
Tanisha Anderson

                                                          Hon. Lisa S. Gretchko

       Debtor(s).                    /

## Affidavit of Carlos Pope

I, Carlos Pope, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. My name is Carlos Pope, and I reside at 9631 Mark Twain St.., Detroit, MI 48227.

1. I am over 18 years of age, of sound mind, and qualified and competent in all respects to make this affidavit.

2. I have not filed 2017, 2018, 2019, 2020 City, State or Federal Taxes.

3. I was not required to file 2017, 2018, 2019, 2020 City, State or Federal Taxes as I had not earned enough taxable income to require filing a tax return for that/those year(s).


<u>March 9, 2022</u>                                       /s/Carlos Pope
Date                                                         Carlos Pope